

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       John Hill & Faye H. Hill v. Lakes of Fondren Southwest

Appellate case number:     01-16-00991-CV

Trial court case number:   2016-43324

Trial court:               151st District Court of Harris County

Appellants have not filed a docketing statement in this case. Accordingly, we direct appellants to complete the form docketing statement attached to this order, and file it in this court **within 10 days of the date of this order**.

Also attached to this order is a pamphlet describing the Houston Bar Association Pro Bono Program. To be considered for this program, please complete Section XIV of the docketing statement.

It is so ORDERED.

Judge's signature: _/s/ Michael Massengale
⊠ Acting individually    ☐ Acting for the Court

Date: May 25, 2017

# PRO BONO PROGRAM
# FOR CIVIL APPEALS

SPONSORED AND ADMINISTERED BY

THE PRO BONO COMMITTEES FOR

THE STATE BAR OF TEXAS APPELLATE SECTION

AND

THE HOUSTON BAR ASSOCIATION APPELLATE SECTION

IN THE

COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS

**DECEMBER 2009**

**I.** PRO BONO PROGRAM

The State Bar of Texas Appellate Section Pro Bono Committee and the Houston Bar Association's Appellate Practice Section Pro Bono Committee ("Pro Bono Committee") are conducting a Pro Bono Program to place a limited number of civil appeals with appellate counsel who will represent the appellant before the First Court. The goal of the program is to match clients who are financially unable to obtain legal representation with volunteer lawyers who agree to serve without expectation of compensation for their service.

The Pro Bono Program is administered completely by the Pro Bono Program Committee. The First Court of Appeals has no direct role in screening or selecting cases for inclusion in the Program.

If you lack the financial means to pay for an appellate attorney and indicate your desire to be included in the Pro Bono Program, as explained in this Pamphlet, you may be considered for participation in the program. Even if you had paid counsel in the trial court, you can indicate your interest in seeking a pro bono attorney through this Program if you can no longer afford an attorney to represent you on appeal. **PLEASE NOTE:** There is no guarantee that the Pro Bono Committee will select your case for inclusion in the Program and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding.

### A. The Selection Process

The Docketing Statement is one of the first documents that you file when you start an appeal. If you would like for your case to be considered for inclusion in the Pro Bono Program, Section X of the First Court of Appeals' Docketing Statement includes a brief description of the Program along with a list of questions for you to answer. After you complete the Docketing Statement and indicate interest in your case being considered for possible inclusion in the

1

Program, a copy of your Docketing Statement will be forwarded to the Pro Bono Committee for screening. To assist the screening process, it is very important that you fill out the Docketing Statement carefully and completely so that the Pro Bono Committee will have as much information as possible when considering your appeal.

By filling out the request for consideration, you are agreeing that members of the Pro Bono Committee can contact the counsel of record in the trial court to ask for clarification of questions or issues as to your case. These conversations will be kept confidential to the extent permitted by law and used solely for purposes of the committee's selection process. You are also authorizing the Pro Bono Committee to transmit basic, publicly available, facts about your case via the Internet to its pool of volunteer lawyers in

an attempt to find an appellate lawyer to take your case.

The Pro Bono Committee screens and selects civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant. The committee uses 200% of U.S. Poverty Guidelines as a benchmark for determining whether an appellant qualifies for free legal services. These guidelines are published by the U.S. Department of Health and Human Services,[1] and the following chart sets forth the relevant numbers:

| Persons in Family or Household | 200% of Federal Poverty Guidelines |
|---|---|
| 1 | $19,600.00 |
| 2 | $26,400.00 |
| 3 | $33,200.00 |
| 4 | $40,000.00 |
| 5 | $46,800.00 |
| 6 | $53,600.00 |
| 7 | $60,400.00 |
| 8 | $67,200.00 |

[1] Federal Register, Vol. 71, No. 15, January 24, 2006, pp. 3848-3849, available at http://aspe.hhs.gov/poverty/06poverty.shtml.

If you have not already submitted an affidavit of indigence in the trial court, you may be asked to submit financial information as a condition of your participation in the Pro Bono Program. Although your ability to pay for legal counsel is not the only factor the Pro Bono Committee evaluates for participation in the Pro Bono Program, it is nonetheless a significant factor in the committee's decision-making process.

There are a number of other factors that the Pro Bono Committee considers in deciding whether to place an appeal in the Program, including the number of appeals currently in the program, the number of available volunteer lawyers, and the issues presented. Based upon a review of these and other factors, the Pro Bono Committee makes a recommendation for each case. If the Committee recommends that a case be included in the Program and a volunteer lawyer agrees to take the case, you will receive a letter from the Committee within approximately 30-40 days of submitting your Docketing Statement notifying you of the match.

### B. The Attorneys

The Pro Bono Committee has undertaken a substantial recruiting effort to enlist pro bono appellate lawyers willing to volunteer their time to take on cases selected for inclusion in the Program, as well as other specialty pro bono programs that the committee is sponsoring. We have inquired to find out the particular areas of interest and expertise of our volunteers so that we can be in a position to make appropriate matches between cases and volunteer attorneys according to their areas of interest, experience, and availability.

### C. Placement of Cases in the Program

When an appeal is identified by the Pro Bono Committee as a candidate for the Program, the committee provides limited information regarding the case, such as the

3

nature of the case, issues on appeal, the status of appellate proceedings, and any impending deadlines, and solicits volunteers to take the case. Based upon the responses, the Pro Bono Committee will make an appropriate match.

If your case is chosen and counsel is located, the Committee will send you a letter advising you of the match, providing contact information for your pro bono attorney and advising you that you have 14 days to object if you do not want this attorney to represent you. If you do object, you need simply notify the Committee in writing. You need not indicate your reasons for objecting, but there is, of course, no guarantee that the Committee will be able to find replacement counsel.

Assuming you do not object to the volunteer attorney within 14 days of receiving the Committee's letter, that attorney will undertake further

representation of you in the appeal without charging legal fees.

**D.     Representation in the Appeal**

If a volunteer lawyer is matched with your case through the Program, that lawyer will be your lawyer in handling the appeal on your behalf in the First Court of Appeals from that point forward. He or she will prepare the briefs and any necessary motions and present oral argument to the Court of Appeals if argument is ordered.

The scope of the representation is limited to the appeal in the First Court of Appeals and terminates once those proceedings are concluded—typically after the opinion issues, or the Court rules on any timely filed motions for rehearing. If you are unsuccessful in the First Court of Appeals, but desire to go forward to the Texas Supreme Court, you will need to make other arrangements for representation in that court, unless your Pro Bono counsel agrees in writing to undertake the further

4

representation. Please be advised that the Pro Bono Committee has a program with the Texas Supreme Court, although the procedures and requirements for that program necessarily differ from this one.

**II.** ADDITIONAL INFORMATION

Additional information about the pro bono appellate programs is available at the State Bar of Texas Appellate Pro Bono website, http://www.tex-app.org/probono.php and the Houston Bar Association Appellate Section website, http://www.hba.org/folder-sections/sec-apellate.htm.

| | |
|---|---|
| Appellate Docket Number: | |
| Appellate Case Style: | |
| Vs. | |
| Companion Case No.: | |

Amended/corrected statement:

# DOCKETING STATEMENT (Civil)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: |
| First Name: | Middle Name: |
| Middle Name: | Last Name: |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: |
| Pro Se: ○ | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: |
| First Name: | Middle Name: |
| Middle Name: | Last Name: |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: |
| Pro Se: ○ | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case):

Date order or judgment signed:                    Type of judgment:

Date notice of appeal filed in trial court:

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order:  ☐ Yes  ☐ No
If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28):  ☐ Yes  ☐ No
If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4):  ☐ Yes  ☐ No

Permissive? (See TRAP 28.3):  ☐ Yes  ☐ No
If yes, please specify statutory or other basis for such status:

Agreed?  (See TRAP 28.2):  ☐ Yes  ☐ No
If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule:  ☐ Yes  ☐ No
If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000?  ☐ Yes  ☐ No
Judgment or order disposes of all parties and issues:  ☐ Yes  ☐ No
Appeal from final judgment:  ☐ Yes  ☐ No
Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?  ☐ Yes  ☐ No

## VI. Actions Extending Time To Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☐ Yes  ☐ No | If yes, date filed: | |
| Motion to Modify Judgment: | ☐ Yes  ☐ No | If yes, date filed: | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes  ☐ No | If yes, date filed: | |
| Motion to Reinstate: | ☐ Yes  ☐ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes  ☐ No | If yes, date filed: | |
| Other: | ☐ Yes  ☐ No | | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

Affidavit filed in trial court:  ☐ Yes  ☐ No    If yes, date filed:

Contest filed in trial court:  ☐ Yes  ☐ No    If yes, date filed:

Date ruling on contest due:

Ruling on contest:  ☐ Sustained    ☐ Overruled    Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?    ☐ Yes ☐ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [          ]          Bankruptcy Case Number: [          ]

## IX. Trial Court And Record

Court: [          ]

County: [          ]

**Trial Court Docket Number (Cause No.):** [          ]

Trial Judge (who tried or disposed of case):

First Name: [          ]

Middle Name: [          ]

Last Name: [          ]

Suffix: [          ]

Address 1: [          ]

Address 2 : [          ]

City: [          ]

State: Texas          Zip + 4: [          ]

Telephone: [          ]     ext. [          ]

Fax: [          ]

Email: [          ]

Clerk's Record:

Trial Court Clerk:    ☐ District    ☐ County

Was clerk's record requested?    ☐ Yes ☐ No

If yes, date requested: [          ]

If no, date it will be requested: [          ]

Were payment arrangements made with clerk?

☐ Yes ☐ No ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?          ☐ Yes ☐ No

Was reporter's record requested?     ☐ Yes ☐ No

Was there a reporter's record electronically recorded?  ☐ Yes ☐ No

If yes, date requested: [          ]

If no, date it will be requested: [          ]

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes ☐ No ☐ Indigent

☐ Court Reporter      ☐ Court Recorder
☐ Official      ☐ Substitute

First Name: 
Middle Name: 
Last Name: 
Suffix: 
Address 1: 
Address 2: 
City: 
State: Texas      Zip + 4: 
Telephone:      ext. 
Fax: 
Email: 

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes   ☐ No      If yes, date filed: 

Will file: ☐ Yes ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?   ☐ Yes ☐ No

If yes, briefly state the basis for your request: 

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?      ☐ Yes ☐ No

If no, please specify: 

Has the case been through an ADR procedure?   ☐ Yes ☐ No

If yes, who was the mediator? 

What type of ADR procedure? 

At what stage did the case go through ADR?   ☐ Pre-Trial   ☐ Post-Trial   ☐ Other

If other, please specify: 

Type of case? 

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

How was the case disposed of? 

Summary of relief granted, including amount of money judgment, and if any, damages awarded. 

If money judgment, what was the amount? Actual damages: 

Punitive (or similar) damages:

Attorney's fees (trial): ▮▮▮▮▮▮▮▮▮

Attorney's fees (appellate): ▮▮▮▮▮▮▮▮▮

Other: ▮▮▮▮▮▮▮▮▮

If other, please specify: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


Will you challenge this Court's jurisdiction? ☐ Yes ☐ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☐ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☐ No

Other basis for finality? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☐ Yes ☐ No

Can the parties agree on an appellate mediator? ☐ Yes ☐ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

Languages other than English in which the mediator should be proficient: ▮▮▮▮▮▮▮▮▮▮

Name of person filing out mediation section of docketing statement: ▮▮▮▮▮▮▮▮▮▮

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▮▮▮▮▮▮▮▮▮ Trial Court: ▮▮▮▮▮▮▮▮▮

Style: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Vs. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)**

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☐ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

**XV. Signature**

_____

Signature of counsel (or pro se party)          Date: _____

Printed Name: _____          State Bar No.: _____

Electronic Signature: _____
(Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ▨▨▨▨▨▨▨ .

_____

Signature of counsel (or pro se party)

Electronic Signature: ▨▨▨▨▨▨▨▨▨▨▨
(Optional)

State Bar No.: ▨▨▨▨▨▨▨▨

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

> (1) the date and manner of service;
> (2) the name and address of each person served, and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: ▨▨▨▨▨▨

Manner Served: ▨▨▨▨▨▨

First Name: ▨▨▨▨▨▨▨▨

Middle Name: ▨▨▨▨▨▨▨▨

Last Name: ▨▨▨▨▨▨▨▨

Suffix: ▨▨▨▨

Law Firm Name: ▨▨▨▨▨▨▨▨

Address 1: ▨▨▨▨▨▨▨▨

Address 2: ▨▨▨▨▨▨▨▨

City: ▨▨▨▨▨▨▨▨

State   Texas          Zip+4: ▨▨▨▨▨

Telephone: ▨▨▨▨▨   ext. ▨▨▨

Fax: ▨▨▨▨▨

Email: ▨▨▨▨▨▨▨▨

If Attorney, Representing Party's Name: ▨▨▨▨▨▨▨▨▨▨